# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-1566

_____

Larry Darnell Keeper,                     *
                                          *
            Appellant,                    *
                                          *  Appeal from the United States
      v.                                  *  District Court for the
                                          *  Eastern District of Arkansas.
T. C. Outlaw, Warden, FCI Forrest         *
City, AR,                                 *      [UNPUBLISHED]
                                          *
            Appellee.                     *

_____

Submitted:  December 22, 2009
Filed:  January 12, 2010

_____

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Federal inmate Larry Darnell Keeper appeals the district court's[1] order denying his 28 U.S.C. § 2241 petition challenging the constitutionality of his 1996 state conviction and the resulting detainer.  Having carefully reviewed the parties' briefs, the record, and the applicable law, we hold that the district court correctly concluded

_____

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerry W. Cavaneau, United States Magistrate Judge for the Eastern District of Arkansas.

Keeper's claims are procedurally defaulted, and Keeper failed to show cause and prejudice to excuse the default, or that a miscarriage of justice would result from the failure to consider the defaulted claims.  See Moore-El v. Luebbers, 446 F.3d 890, 896 (8th Cir.), cert. denied, 549 U.S. 1059 (2006); Ivy v. Caspari, 173 F.3d 1136, 1140 (8th Cir. 1999).  We thus affirm under 8th Cir. R. 47B.

_____